# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-9549 FMO (ASx) | Date | September 27, 2016 |
|---|---|---|---|
| Title | G.M. v. Sanofi Pasteur, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Staying Case

Having reviewed and considered the parties' Joint Motion for a Stay of the Proceedings (Dkt. 102, "Motion"), IT IS ORDERED THAT:

1. Defendant Sanofi Pasteur Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Rule 12(b)(1) (**Document No. 82**) is **denied without prejudice** to filing a renewed motion after the stay in this action is lifted.

2. The parties' Motion (**Document No. 102**) is **granted**. The action is stayed until the earlier of either: (1) a negotiated resolution of plaintiff's claim in the United States Court of Federal Claims or (2) a decision by the United States Court of Appeals for the Federal Circuit regarding the dismissal of plaintiff's claim in the United States Court of Federal Claims. The parties shall notice the court promptly upon the occurrence of either of the events.

3. The clerk shall administratively close the case and remove it from the court's active caseload until further application by the parties or order of the court.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | vdr | |